IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Albert Thompkins, | ) | C/A No.: 1:12-cv-03571-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 12, 2015, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. On April 30, 2015, Defendant filed a response to the motion indicating no objection to the payment of the requested EAJA fees. The parties have agreed to an EAJA award of **$6,339.45** in attorney's fees to be paid by the United States Social Security Administration. Defendant indicates that fees awarded are subject to the Treasury Offset Program if the prevailing party owes a debt to the government.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the defendant to pay the sum of **$6,339.45** in attorney's fees pursuant to EAJA, subject to the Treasury Offset Program if the prevailing party owes a debt to the government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), and mailed to his attorney, with a copy to the claimant.

**IT IS SO ORDERED**.

May 4, 2015　　　　　　　　　　　　　　　　s/ R. Bryan Harwell
Florence, South Carolina　　　　　　　　　　R. Bryan Harwell
　　　　　　　　　　　　　　　　　　　　　United States District Judge